# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2155
_____

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Appellant,

   v.

PAULE E. KNIGHT,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


December 11, 2023

PER CURIAM.

   DISMISSED.

BILBREY, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Charles T. Martin Jr., Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellant.

Paule E. Knight, pro se, Appellee.